of Appeals for the Sixth Circuit denied. *Mr. George D. Welles* for petitioners. *Mr. E. J. Marshall* for respondents.

No. 646. COOK ET AL., EXECUTORS, *v.* COMMISSIONER OF INTERNAL REVENUE. January 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Thomas G. Haight, Robert H. Montgomery*, and *J. Marvin Haynes* for petitioners. *Solicitor General Biggs* and *Messrs. Erwin N. Griswold, Sewall Key,* and *Norman D. Keller* for respondent.

No. 647. HUSTEAD, RECEIVER, *v.* SCHOOL DISTRICT OF THE BOROUGH OF BROWNSVILLE. January 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Henry Eastman Hackney* for petitioner. *Mr. John C. Sherriff* for respondent.

No. 648. CASSATT ET AL, *v.* FIRST NATIONAL BANK OF WEST NEW YORK, NEW JERSEY. January 15, 1934. Petition for writ of certiorari to the Court of Errors & Appeals of New Jersey denied. *Mr. George W. C. McCarter* for petitioners. No appearance for respondent.

No. 649. GROOVER ET AL. *v.* GRUBB. January 15, 1934. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. H. Mason Welch* for petitioners. *Mr. M. J. Colbert* for respondent.